**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert B. Sexton; G. Fred Sexton; Barrett L. Columbo, as Trustee of the Grandpa Bob and Grandma Sandy Trust U/D/T dated December 22, 1997; Barrett L. Columbo, as Trustee of the Sexton Family Trust U/D/T dated December 22, 1997; and Barrett L. Columbo, as Trustee of the Fred and Del Grandchildren Trust U/D/T dated December 22, 1997,

Civil No. 01-59 (DWF/RLE)

Plaintiffs,

v.

**ORDER**

PMC, Inc.,

Defendant.

---

David L. Sasseville, Esq., Richard Ihrig, Esq., Jenna G. Johnson, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for Plaintiffs.

Mark J. Briol, Esq., Briol & Associates, 3905 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-2203, counsel for Defendant.

---

This matter is before the Court on Plaintiffs' letter request to bring a motion for summary judgment on May 4, 2001, the same date that the Court is scheduled to hear the Defendant's motion to dismiss or stay, and to adjust the briefing schedule accordingly. The request is opposed by the Defendant.

Based upon the submissions of counsel and the Court having reviewed the procedural status of the file and being otherwise duly advised in the premises, the Court hereby enters the following:

FILED APR 0 9 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

## ORDER

1. Plaintiffs' request to set their motion for summary judgment on May 4, 2001, is respectfully **DENIED**.

Dated: April 9, 2001

DONOVAN W. FRANK
Judge of United States District Court

## MEMORANDUM

The Court acknowledges that it is not an uncommon practice for parties to stipulate to combine respective motions for the same hearing date. When such motion hearings are combined, contrary to the Defendant's position in this instance, one motion does not overshadow and dilute the other.

It is the Court's view that briefing and oral argument is not necessary for the Court to decide this issue. The Court has balanced the interests of fairness and prejudice with respect to both parties and concluded that, given the positions of the parties, as well as the timing of the motion, that it will be necessary to set the motion hearings on separate dates.

D.W.F.