**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ROBERT B. SEXTON, G. FRED SEXTON, BARRETT L. COLUMBO, as Trustee of the Grandpa Bob and Grandma Sandy Trust U/D/T dated December 22, 1997, BARRETT L. COLUMBO, as Trustee of the Sexton Family Trust U/D/T dated December 22, 1997,and BARRETT L. COLUMBO, as Trustee of the Fred and Del Grandchildren Trust U/D/T dated December 22, 1997,

Civil No. 01-59 (DWF/RLE)

Plaintiffs,

v.

**ORDER OF DISMISSAL**

PMC, INC.,

Defendant.

---

David L. Sasseville, Esq., Richard Ihrig, Esq., and Jenna G. Johnson, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for Plaintiffs.

Mark J. Briol, Esq., Briol & Associates, 3905 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-2203, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 17, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 17 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________